**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7057**

CURTIS WRIGHT,

             Plaintiff - Appellant,

     v.

FRANK SIZER, Former Division of Corrections Commissioner; THOMAS R. CORCORAN, Former Warden of Maryland Correctional Adjustment Center; SEWELL B. SMITH, Former Warden of Maryland Correctional Adjustment Center; WILLIAM WILLIAMS, Former Warden of Maryland Correctional Adjustment Center, and Maryland House of Correction; L. DOTSON, My knowledge of him being Warden of Maryland Correctional Adjustment Center on 8/24/04; MATT ABOTT; MS. BROWN, Counselor at Maryland House of Corrections; JOHN DOE, Warden of Maryland House of Correction to my knowledge during the month of August 2006,

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:06-cv-03078-WDQ)

Submitted:  February 28, 2008            Decided:  March 5, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Wright, Appellant Pro Se.  Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Sizer, No. 1:06-cv-03078-WDQ (D. Md. July 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED